IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN CLEVELAND GREEN,<br><br>    Plaintiff,<br><br>  v.<br><br>N. MALAKKLA, et al.,<br><br>    Defendants. | No. 2:19-CV-0356-DMC-P<br><br><br><br>ORDER |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's motion to stay proceedings. See ECF No. 21.

      A review of the docket reflects that the court issued a preliminary scheduling order on January 22, 2020. See ECF No. 17. In that order, the Court directed the parties to complete discovery by May 25, 2020. In his current motion to stay proceedings, plaintiff states that he is medical quarantine for 14 days and does not during this time have access to his legal materials. Good cause appearing therefor, plaintiff's motion is granted. This action is stayed for a period of 60 days after which the Court will evaluate whether conditions permit lifting the stay or whether

/ / /

/ / /

/ / /

1

the stay should be continued for an additional period of time.

    IT IS SO ORDERED.

Dated:  April 29, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE