IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN CLEVELAND GREEN,<br><br>    Plaintiff,<br><br>    v.<br><br>N. MALAKKLA, et al.,<br><br>    Defendants. | No. 2:19-CV-0356-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Defendants' motions, ECF Nos. 24 and 25, to extend the discovery cut-off deadline to allow for Plaintiff's deposition. Good cause appearing therefor, Defendants' motions are granted. Defendants shall have until March 1, 2021, to take Plaintiff's deposition. Any motions to compel related to Plaintiff's deposition shall be filed on or before March 8, 2021. Dispositive motions are due by May 30, 2021. Except for Plaintiff's deposition and any motions to compel related thereto, discovery is otherwise closed.

IT IS SO ORDERED.

Dated:  December 15, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1